UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS SENIOR, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                          Plaintiffs,

              -against-

GABB WIRELESS, INC.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/9/2024_

24 Civ. 7317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated September 30, 2024, the Court directed the parties to file a joint letter and proposed case management plan by December 6, 2024.  ECF No. 6.  Those submissions are now overdue.

Accordingly, by **December 19, 2024**, the parties shall file their joint letter and proposed case management plan as set forth in ECF No. 6.

SO ORDERED.

Dated: December 9, 2024
       New York, New York

ANALISA TORRES
United States District Judge